## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN PAUL WRIGHT, )<br>)<br>Defendant. ) | Case No. 4:20-CR-379-4 SEP (NAB) |

### DEFENDANT STEVEN PAUL WRIGHT'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW Defendant Steven Paul Wright ("Defendant"), by and through his attorney, James W. Schottel, Jr., and for his Motion for Extension of Time to File Pretrial Motions, and states to this Honorable Court as follows:

1. The pretrial motion filing deadline is today, March 25, 2021.

2. Defendant and his undersigned counsel have completed review of the discovery.

3. Defendant and counsel are in need of additional time to complete their review of the legal issues involved as it relates to Defendant's discovery, factually.

4. The undersigned is in need of additional time to research the legal issues and discuss a possible disposition with the Government.

5. Defendant and counsel will need time to meet and discuss the issue of filing pretrial motions with respect to the findings of counsel's legal research.

6. In light of the foregoing, Defendant hereby respectfully requests an extension of at least thirty (30) days.

WHEREFORE, for the foregoing reasons, Defendant Steven Paul Wright respectfully requests this Honorable Court to grant his Motion for Extension of Time to File Pretrial Motions

and for such other and further relief this Honorable Court deems just and proper under the circumstances.

        Respectfully submitted,

        SCHOTTEL & ASSOCIATES, P.C.

        BY: s/*James W. Schottel, Jr.*
            James W. Schottel, Jr.   #51285MO
            906 Olive St., PH
            St. Louis, MO 63101
            (314) 421-0350
            (314) 421-4060 facsimile
            jwsj@schotteljustice.com

            Attorney for Defendant
            Steven Paul Wright

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2021 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

        Sara Koppenaal
        Sara.Koppenaal@usdoj.gov

        Attorney for Plaintiff
        United States of America

        s/*James W. Schottel, Jr.*